IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL TERRELL MAGEE**                                         **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 1:11-cv-371-HSO-RHW**

**MIKE ODOM,** *et al.*                                         **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [28] of United States Magistrate Judge Robert H. Walker, entered in this cause on July 11, 2012.  The Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation [28], as well as the record and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this cause is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 20th day of September, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE